|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **PRIORITY SEND** |

### CIVIL MINUTES -- GENERAL

Case No.    **CV 08-794-JFW (PJWx)**                                    Date:  February 19, 2008

Title:    Aurora Loan Services LLC -v- Mega Capital Funding, Inc.

---

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

On February 6, 2008, Plaintiff Aurora Loan Services LLC f/k/a Aurora Loan Services, Inc. ("Plaintiff") filed a complaint in this Court against Defendant Mega Capital Funding, Inc. ("Defendant"), alleging that the Court had subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332.

Subject matter jurisdiction based upon diversity of citizenship requires that all plaintiffs be of different citizenship than all defendants. *See Strawbridge v. Curtiss*, 7 U.S. 267 (1806); *Tosco Corp. v. Communities for a Better Environment*, 236 F.3d 495, 499 (9th Cir. 2001) ("diversity of citizenship requires that no defendant have the same citizenship as any plaintiff").  "In determining whether there is diversity between corporate parties, 'a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.'" *Tosco*, 236 F.3d at 499 (quoting 28 U.S.C. § 1332(c)).  In its Complaint, Plaintiff states only that Defendant is "a California corporation with a business address at 15610 Ventura Boulevard, Suite 1023, Encino, California 94136" but fails to allege the principal place of business of Defendant. In the absence of proper allegations regarding the citizenship of Defendant, this Court is unable to determine whether it has subject matter jurisdiction over this action.

Furthermore, to establish the citizenship of a limited liability company, Plaintiff must, at a minimum, allege the citizenship of all members of the limited liability company.  *See Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998) (finding that "[g]iven the resemblance between an LLC and a limited partnership, and . . . [the] principle that members of associations are citizens for diversity purposes unless Congress provides otherwise . . . we conclude that the citizenship of an LLC for purposes of diversity jurisdiction is the citizenship of its members") (citing *Carden v. Arkoma Associates*, 494 U.S. 185 (1990)); *see also Barclay Square Properties v. Midwest Fed.*

*Sav. and Loan Ass'n*, 893 F.2d 968 (8th Cir. 1990) (jurisdiction not properly pleaded where the plaintiff failed to allege the citizenship of each limited partner in limited liability partnership).  In its Complaint, Plaintiff alleges that it is a Delaware limited liability company with its principal place of business in Littleton, Colorado.  Although Plaintiff alleges that Lehman Brothers Bank, FSB is the sole member of the limited liability company, it has not alleged the member's citizenship.

Accordingly, Plaintiff is hereby ordered to show cause, in writing, no later than **March 4, 2008**, why this action should not be dismissed for lack of subject matter jurisdiction.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  If Plaintiff files an amended complaint which corrects the jurisdictional defects noted above on or before **March 4, 2008**, the Court will consider that a satisfactory response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk  sr