```
Eric D. Houser, #130079
J. Owen Campbell, #229976
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, CA 92618
Telephone:  (949) 679-1111
Facsimile:  (949) 679-1112
ehouser@houser-law.com
ocampbell@houser-law.com
```

FILED
CLERK U.S. DISTRICT COURT
NOV 21 2008
CENTRAL DISTRICT
BY

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MEGA CAPITAL FUNDING, INC.<br><br>Defendant. | CASE NO.: CV 08-794-JFW (PJWx)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1). The parties agree that the District Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the parties. The parties further agree to cooperate and execute any form of stipulation or procedure required by the Court for the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. Pursuant to the Settlement Agreement, after all terms of the

---

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
1

I:\CIVIL\AURORA LOAN SERVICES\MEGA CAPITAL(42045)\PLD\STIPULATION OF DISMISSAL.DOC

1  Settlement Agreement have been complied with, the parties will dismiss the case
2  with prejudice.

3  DATED: November 20, 2008         HOUSER & ALLISON
4                                    A Professional Corporation

6                                    By: _____
7                                        Eric D. Houser
                                         J. Owen Campbell
8                                    Attorneys for Plaintiff
9                                    AURORA LOAN SERVICES LLC
10                                   f/k/a AURORA LOAN
                                     SERVICES, INC.
11

13  DATED: November 20, 2008         THOMAS J. RYU & ASSOCIATES
                                     A Professional Corporation

15                                   By: _____
16                                       Thomas J. Ryu
17                                       Yalan Zheng
                                     Attorneys for Defendant
18                                   MEGA CAPITAL FUNDING, INC.

IT IS SO ORDERED
Dated   11/21/08
_____
United States District Judge

---

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
2

I:\CIVIL\AURORA LOAN SERVICES\MEGA CAPITAL(41045)\PLD\STIPULATION OF DISMISSAL.DOC